UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

CONSUMER FINANCIAL PROTECTION )
BUREAU, )
1700 G Street, NW )
Washington, DC 20552 )
)
THE STATE OF ALABAMA, )
Alabama Attorney General's Office )
501 Washington Avenue )
Montgomery, AL 36130 )
)
THE STATE OF ALASKA, )
Alaska Attorney General's Office )
1031 W. 4th Avenue, Ste. 200 )
Anchorage, AK 99501 )
)
THE STATE OF ARIZONA, )
Arizona Attorney General's Office )
1275 W. Washington )
Phoenix, AZ 85007 )
)
THE STATE OF ARKANSAS, )
Office of the Attorney General )
323 Center Street, Suite 200 )
Little Rock, AK 72201 )
)
THE STATE OF CALIFORNIA, )
California Attorney General's Office )
455 Golden Gate Avenue, Ste. 11000 )
San Francisco, CA 94102-7007 )
)
THE STATE OF COLORADO, )
Colorado Attorney General's Office )
Ralph L. Carr Colorado Judicial Center )
1300 Broadway, 7th Floor )
Denver, CO 80203 )
)
THE STATE OF CONNECTICUT, )
Office of the Connecticut Attorney General )
55 Elm Street, P.O. Box 120 )
Hartford, CT 06141-0120 )
)

THE STATE OF DELAWARE,                          )
Delaware Attorney General's Office              )
820 N. French Street                            )
Wilmington, DE 19801                            )
                                                )
THE STATE OF FLORIDA,                           )
Department of Legal Affairs                     )
Office of the Attorney General                  )
3507 E. Frontage Road, Suite 325                )
Tampa, FL 33607                                 )
                                                )
THE STATE OF GEORGIA,                           )
Georgia Department of Law                       )
40 Capitol Square, S.W.                         )
Atlanta, GA 30334                               )
                                                )
THE STATE OF HAWAII,                            )
Department of the Attorney General              )
425 Queen Street                                )
Honolulu, HI 96813                              )
                                                )
THE STATE OF IDAHO,                             )
Office of the Idaho Attorney General            )
700 W. Jefferson St.                            )
P.O. Box 83720                                  )
Boise, ID 83720-0010                            )
                                                )
THE STATE OF ILLINOIS,                          )
Office of the Illinois Attorney General         )
500 South Second Street                         )
Springfield, IL 62706                           )
                                                )
THE STATE OF INDIANA,                           )
Indiana Office of the Attorney General          )
302 West Washington St., IGCS 5th Fl.           )
Indianapolis, IN 46204                          )
                                                )
THE STATE OF IOWA,                              )
Iowa Attorney General's Office                  )
1305 E. Walnut St.                              )
Des Moines, IA 50319                            )
                                                )
THE STATE OF KANSAS,                            )
Office of the Kansas Attorney General           )
120 SW 10th Avenue, 2nd Floor                   )
Topeka, KS 66612                                )

THE COMMONWEALTH                        )
OF KENTUCKY,                            )
Office of the Attorney General of Kentucky )
State Capitol, Suite 118                )
700 Capital Avenue                      )
Frankfort, KY 40601-3449                )
                                        )
THE STATE OF LOUISIANA,                 )
Louisiana Attorney General's Office     )
1885 N. Third Street                    )
Baton Rouge, LA 70802                   )
                                        )
THE STATE OF MAINE,                     )
Maine Attorney General's Office         )
Burton Cross Office Building, 6th Floor )
111 Sewall Street                       )
Augusta, ME 04330                       )
                                        )
THE STATE OF MARYLAND,                  )
Office of the Attorney General of Maryland )
200 Saint Paul Place                    )
Baltimore, MD 21202                     )
                                        )
THE COMMONWEALTH                        )
OF MASSACHUSETTS,                       )
Massachusetts Attorney General's Office )
One Ashburton Place                     )
Boston, MA 02108                        )
                                        )
THE STATE OF MICHIGAN,                  )
Michigan Department of Attorney General )
525 W. Ottawa Street                    )
PO Box 30755                            )
Lansing, MI 48909                       )
                                        )
THE STATE OF MINNESOTA,                 )
Minnesota Attorney General's Office     )
445 Minnesota Street, Suite 1200        )
St. Paul, MN 55101-2130                 )
                                        )
THE STATE OF MISSISSIPPI,               )
Mississippi Attorney General's Office   )
Post Office Box 22947                   )
Jackson, MS 39225-2947                  )
                                        )

THE STATE OF MISSOURI,                              )
Missouri Attorney General's Office                  )
PO Box 899                                          )
Jefferson City, MO 65102                            )
                                                    )
THE STATE OF MONTANA,                               )
Montana Department of Justice                       )
215 N. Sanders                                      )
Helena MT 59624                                     )
                                                    )
THE STATE OF NEBRASKA,                              )
Office of the Attorney General                      )
2115 State Capitol                                  )
Lincoln, NE 68509-8920                              )
                                                    )
THE STATE OF NEVADA,                                )
Nevada Office of the Attorney General               )
100 North Carson Street                             )
Carson City, NV 89701                               )
                                                    )
THE STATE OF NEW HAMPSHIRE,                          )
New Hampshire Department of Justice                 )
33 Capitol Street                                   )
Concord, NH 03301                                   )
                                                    )
THE STATE OF NEW JERSEY,                             )
New Jersey Attorney General's Office                )
124 Halsey Street – 5th Floor                       )
P.O. Box 45029                                      )
Newark, NJ 07101                                    )
                                                    )
THE STATE OF NEW MEXICO,                             )
Office of the New Mexico Attorney General           )
PO Drawer 1508                                      )
Santa Fe, NM 87504-1508                             )
                                                    )
THE STATE OF NEW YORK,                               )
Office of the New York State                        )
Attorney General                                    )
120 Broadway                                        )
New York, NY 10271                                  )
                                                    )
THE STATE OF NORTH CAROLINA,                         )
North Carolina Department of Justice                )
P.O. Box 629                                        )
Raleigh, NC 27602                                   )

THE STATE OF NORTH DAKOTA,   )
Office of the Attorney General   )
Gateway Professional Center   )
1050 E Interstate Ave, Ste. 200   )
Bismarck, ND 58503-5574   )
   )
THE STATE OF OHIO,   )
Ohio Attorney General's Office   )
30 E. Broad St., 15th Floor   )
Columbus, OH 43215   )
   )
THE STATE OF OREGON,   )
Oregon Department of Justice   )
1515 SW 5th Avenue, Ste. 410   )
Portland, OR 97201   )
   )
THE COMMONWEALTH   )
OF PENNSYLVANIA,   )
Office of the Attorney General   )
16th Floor, Strawberry Square   )
Harrisburg, PA 17120   )
   )
THE STATE OF RHODE ISLAND,   )
Rhode Island Department   )
of Attorney General   )
150 South Main Street   )
Providence, RI 02903   )
   )
THE STATE OF SOUTH CAROLINA,   )
South Carolina Attorney General's Office   )
1000 Assembly Street, Room 519   )
Columbia, SC 29201   )
   )
THE STATE OF SOUTH DAKOTA,   )
South Dakota Attorney General's Office   )
1302 E. Highway 14, Suite 1   )
Pierre, SD 57501   )
   )
THE STATE OF TENNESSEE,   )
Office of the Tennessee Attorney General   )
425 Fifth Avenue North   )
Nashville, TN 37243-3400   )

5

THE STATE OF TEXAS,                        )
Texas Attorney General's Office            )
401 E. Franklin Avenue, Suite 530          )
El Paso, TX 79901                          )
                                           )
THE STATE OF UTAH,                         )
Division of Consumer Protection            )
Utah Attorney General's Office             )
350 North State Street, #230               )
Salt Lake City, UT 84114-2320              )
                                           )
THE STATE OF VERMONT,                      )
Office of the Attorney General             )
109 State Street                           )
Montpelier, VT 05609                       )
                                           )
THE COMMONWEALTH OF VIRGINIA,              )
Office of the Virginia Attorney General    )
900 East Main Street                       )
Richmond, VA 23219                         )
                                           )
THE STATE OF WASHINGTON,                   )
Washington State Attorney General's Office )
1250 Pacific Avenue, Suite 105             )
PO Box 2317                                )
Tacoma, WA 98402-4411                      )
                                           )
THE STATE OF WEST VIRGINIA,                )
West Virginia Attorney General's Office    )
State Capitol, Room 26E                    )
Charleston, WV 25305-0220                  )
                                           )
THE STATE OF WISCONSIN,                    )
Wisconsin Department of Justice            )
Post Office Box 7857                       )
Madison, WI 53707-7857                     )
                                           )
THE STATE OF WYOMING, and                  )
Wyoming Attorney General's Office          )
123 State Capitol Bldg.                    )
Cheyenne, WY 82002                         )
                                           )
THE DISTRICT OF COLUMBIA,                  )
Office of the Attorney General             )
441 Fourth Street, N.W.                    )
Washington, DC 20001                       )

6

|                                           |     |
|-------------------------------------------|-----|
|                                           | )   |
|                                           | )   |
|                                           | )   |
| Plaintiffs,                               | )   |
|                                           | )   |
| v.                                        | )   |
|                                           | )   |
| OCWEN FINANCIAL CORPORATION,              | )   |
|                                           | )   |
| and OCWEN LOAN SERVICING, LLC,            | )   |
|                                           | )   |
| Defendants.                               | )   |
|                                           | )   |

## CONSENT JUDGMENT

WHEREAS, Plaintiffs, the Consumer Financial Protection Bureau (the "CFPB" or "Bureau"), and the States of Alabama, Alaska, Arizona, Arkansas, California, Colorado, Connecticut, Delaware, Florida, Georgia, Hawaii, Idaho, Illinois, Indiana, Iowa, Kansas, Louisiana, Maine, Maryland, Michigan, Minnesota, Mississippi, Missouri, Montana, Nebraska, Nevada, New Hampshire, New Jersey, New Mexico, New York, North Carolina, North Dakota, Ohio, Oregon, Rhode Island, South Carolina, South Dakota, Tennessee, Texas, Utah, Vermont, Washington, West Virginia, Wisconsin, Wyoming, the Commonwealths of Kentucky, Massachusetts, Pennsylvania and Virginia, and the District of Columbia (collectively, "Plaintiff States") filed their complaint on December 19, 2013, alleging that Ocwen Financial Corporation and Ocwen Loan Servicing, LLC (collectively, "Defendant" or "Ocwen") violated, among other laws, the Unfair and Deceptive Acts and Practices laws of the Plaintiff States and the Consumer Financial Protection Act of 2010.

WHEREAS, the parties have agreed to resolve their claims without the need for litigation;

WHEREAS, Defendant has consented to entry of this Consent Judgment without trial or adjudication of any issue of fact or law and to waive any appeal if the Consent Judgment is entered as submitted by the parties;

WHEREAS, Defendant, by entering into this Consent Judgment, does not admit the allegations of the Complaint other than those facts deemed necessary to the jurisdiction of this Court;

WHEREAS, the intention of the Consumer Financial Protection Bureau and the States in effecting this settlement is to remediate harms allegedly resulting from the alleged unlawful conduct of the Defendant;

WHEREAS, the State Mortgage Regulators are entering into a Settlement Agreement and Consent Order with Ocwen to resolve the findings identified in the course of multi-state and concurrent independent examinations of Ocwen, as well as examinations of Litton Loan Servicing, LP and Homeward Residential, Inc., which were subsequently acquired by Ocwen.

AND WHEREAS, Defendant has agreed to waive service of the complaint and summons and hereby acknowledges the same;

NOW THEREFORE, without trial or adjudication of issue of fact or law, without this Consent Judgment constituting evidence against Defendant, and upon consent of Defendant, the Court finds that there is good and sufficient cause to enter this Consent Judgment, and that it is therefore ORDERED, ADJUDGED, AND DECREED:

## I.      JURISDICTION

1.      This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §§ 1331, 1345, and 1367, and under 12 U.S.C. § 5565, and over Defendant.   The

Complaint states a claim upon which relief may be granted against Defendant.  Venue is appropriate in this District pursuant to 28 U.S.C. § 1391(b)(2) and 12 U.S.C. § 5564(f).

## II.   APPLICABILITY

2.     Defendant's obligations as set forth in this Consent Judgment and the attached Exhibits shall apply equally and fully to Defendant regardless of whether Defendant is servicing residential mortgages as a servicer or subservicer.

## III.   SERVICING STANDARDS

3.     Defendant shall comply with the Servicing Standards, attached hereto as Exhibit A, in accordance with their terms and Section A of Exhibit D, attached hereto.

## IV.   FINANCIAL TERMS

4.     *Payments to Foreclosed Borrowers and Administration Costs.*  Ocwen shall pay or cause to be paid the sum of $127.3 million (the "Borrower Payment Amount") into an interest bearing escrow account established for this purpose by the State members of the Monitoring Committee within 10 days of receiving notice from the State members of the Monitoring Committee that the account is established.  The State members of the Monitoring Committee and the Administrator appointed under Exhibit B will use the funds in this account to provide cash payments to borrowers whose homes were sold in a foreclosure sale between and including January 1, 2009, and December 31, 2012, and who otherwise meet criteria set forth by the Monitoring Committee, and to pay the reasonable costs and expenses of the Administrator, including taxes and fees for tax counsel, if any.  Ocwen shall also pay or cause to be paid any additional amounts necessary to pay claims, if any, of borrowers whose data is provided to the Administrator by Ocwen after Defendant warrants that the data is complete and accurate pursuant

to Paragraph 3 of Exhibit B.   The Borrower Payment Amount shall be administered in accordance with the terms set forth in Exhibit B.

5.      *Consumer Relief.*   Defendant shall provide $2 billion of relief to consumers who meet the eligibility criteria in the forms and amounts described in Exhibit C, to remediate harms allegedly caused by the alleged unlawful conduct of Defendant.   Defendant shall receive credit towards such obligation as described in Exhibit C.

## V.      ENFORCEMENT

6.      The Servicing Standards and Consumer Relief Requirements, attached as Exhibits A and C, are incorporated herein as the judgment of this Court and shall be enforced in accordance with the authorities provided in the Enforcement Terms, attached hereto as Exhibit D.

7.      The Parties agree that Joseph A. Smith, Jr. shall be the Monitor and shall have the authorities and perform the duties described in the Enforcement Terms.

8.      Within fifteen (15) days of the Effective Date of this Consent Judgment, the Plaintiffs shall designate an Administration and Monitoring Committee (the "Monitoring Committee") as described in the Enforcement Terms.   The Monitoring Committee shall serve as the representative of the Plaintiffs in the administration of all aspects of this Consent Judgment and the monitoring of compliance with it by the Defendant.

## VI.      RELEASES

9.      The CFPB and Defendant have agreed, in consideration for the terms provided herein, for the release of certain claims and remedies as provided in the CFPB Release, attached hereto as Exhibit E.   CFPB and Defendant have also agreed that certain claims and remedies are

not released, as provided in Paragraph C of Exhibit E.  The releases contained in Exhibit E shall become effective upon payment of the Borrower Payment Amount by Defendant.

10.     The Plaintiff States and Defendant have agreed, in consideration for the terms provided herein, for the release of certain claims and remedies as provided in the State Release, attached hereto as Exhibit F.  The Plaintiff States and Defendant have also agreed that certain claims and remedies are not released, as provided in Section IV of Exhibit F.  The releases contained in Exhibit F shall become effective upon payment of the Borrower Payment Amount by Defendant.

### VII.   OTHER TERMS

11.     The Consumer Financial Protection Bureau and any State Party may withdraw from the Consent Judgment and declare it null and void with respect to that party if Ocwen fails to make any payment required under this Consent Judgment and such non-payment is not cured within thirty (30) days of written notice by the party, except that the Released Parties, as defined in Exhibits E and F, other than Ocwen, are released upon the payment of the Borrower Payment Amount, at which time this nullification provision is only operative against Ocwen.

12.     This Court retains jurisdiction for the duration of this Consent Judgment to enforce its terms.  The parties may jointly seek to modify the terms of this Consent Judgment, subject to the approval of this Court.  This Consent Judgment may be modified only by order of this Court.

13.     In addition to the provisions of paragraph 12, and in accordance with the terms set forth in Exhibit D, any Plaintiff State may also bring an action to enforce the terms of this Consent Judgment in the enforcing Plaintiff's state court.  Ocwen agrees to submit to the jurisdiction of any such state court for purposes of a Plaintiff State's enforcement action.

14.     The Effective Date of this Consent Judgment shall be the date on which the Consent Judgment has been entered by the Court and has become final and non-appealable.  An order entering the Consent Judgment shall be deemed final and non-appealable for this purpose if there is no party with a right to appeal the order on the day it is entered.

15.     This Consent Judgment shall remain in full force and effect for three years from the date it is entered ("the Term"), at which time Defendant's obligations under the Consent Judgment shall expire, except that pursuant to Exhibit D, Defendant shall submit a final Quarterly Report for the last quarter or portion thereof falling within the Term and cooperate with the Monitor's review of said report, which shall conclude no later than six months after the end of the Term.  Defendant shall have no further obligations under this Consent Judgment six months after the expiration of the Term, but the Court shall retain jurisdiction for purposes of enforcing or remedying any outstanding violations that are identified in the final Monitor Report and that have occurred but not been cured during the Term.  The expiration of this Consent Judgment shall not affect any Releases.

16.     Each party to this litigation will bear its own costs and attorneys' fees.

17.     Nothing in this Consent Judgment shall relieve Defendant of its obligation to comply with applicable state and federal law.

18.     The sum and substance of the parties' agreement and of this Consent Judgment are reflected herein and in the Exhibits attached hereto.  In the event of a conflict between the terms of the Exhibits and paragraphs 1-17 of this summary document, the terms of the Exhibits shall govern.

SO ORDERED this _____ day of _____, 20__

_____

UNITED STATES DISTRICT JUDGE

Date: 12/19/13

For the Consumer Financial Protection Bureau


Lucy Morris
Deputy Enforcement Director
Consumer Financial Protection Bureau
1700 G Street NW
Washington, DC 20552
lucy.morris@cfpb.gov
202-435-7154

Date __12|10|13__

For the State of Alabama:

Noel S. Barnes
Assistant Attorney General
501 Washington Avenue
PO Box 300152
Montgomery, Alabama 36130
nbarnes@ago.state.al.us
(334) 353-9196

Date 12/12/13

For the State of Alaska:

Cynthia C. Drinkwater
Sr. Assistant Attorney General
Alaska Department of Law
1031 W. 4th Avenue, Ste. 200
Anchorage, AK  99501
Cynthia.Drinkwater@alaska.gov
(907) 269-5200

Date 12/12/13

For the State of Arizona:

Jeremy Shorbe
Assistant Attorney General
400 W. Congress Street, Suite S315
Tucson, Arizona 85701
Jeremy.Shorbe@azag.gov
(520) 628-6504

Date _12/12/13_

For the State of Arkansas:

_____

James B. DePriest
Deputy Attorney General
323 Center Street, Suite 500
jim.depriest@arkansasag.gov
(501)682-5028

Date:  December 12, 2013

For the State of California:

Frances T. Grunder
Senior Assistant Attorney General
Office of the Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA  94102
Frances.Grunder@doj.ca.gov
415-703-5500

Date: December 13, 2013

For the State of Colorado, *ex rel.*
John W. Suthers, Attorney General:

Andy McCallin
First Assistant Attorney General
Consumer Protection Section
Ralph L. Carr Colorado Judicial Center
1300 Broadway – 7th Floor
Denver, Colorado 80203
Andrew.McCallin@State.CO.US
(720) 508-6215

Date: <u>December 12, 2013</u>

For the State of Connecticut:

Joseph J. Chambers
Assistant Attorney General
P.O. Box 120
55 Elm Street
Hartford, CT 06141-0120
(860) 808-5270
joseph.chambers@ct.gov

Date: 12/13/13

For the State of Delaware:

Matthew F. Lintner
Director, Fraud and Consumer Protection Div.
820 N. French Street, 5th Floor
Wilmington, DE 19801
Matthew.Lintner@state.de.us
(302) 577-8935

December 16th, 2013.

For the State of Florida:

Pamela Jo Bondi
Attorney General
The Capitol PL-01
Tallahassee, FL 32399-1050
Tel:    850-245-0140
Fax:    850-413-0632


Office of the Attorney General

Victoria A. Butler
Assistant Attorney General
Bureau Chief
Michael G. Moore
Senior Assistant Attorney General
Tampa, Consumer Protection Division
Office of the Attorney General, Pam Bondi
3507 E. Frontage Road, Suite 325
Tampa, FL 33607
Tel:    813-287-7950
Fax:    813-281-5515

Date *December 16, 2013*

For the State of Georgia:

Jeffrey W. Stump
Senior Assistant Attorney General
Georgia Department of Law
40 Capitol Square, SW
Atlanta, Georgia 30334
jstump@law.ga.gov
(404) 656-3337

Date  12/11/13

For the State of Hawaii:

Deborah Day Emerson
Supervising Deputy Attorney General
425 Queen Street, Honolulu HI 96813
Deborah.D.Emerson@Hawaii.Gov
(808) 586-1180

Date _12-10-13_

For the State of Idaho

Stephanie Guyon (Idaho Bar No. 5989)
Deputy Attorney General
P.O. Box 83720
Boise, ID 83720-0010
stephanie.guyon@ag.idaho.gov
(208) 334-4135

Date _12/10/13_

For the State of Illinois:

Susan N. Ellis
Bureau Chief, Consumer Fraud
Office of the Illinois Attorney General
100 West Randolph Street
Chicago, IL 60601
sellis@atg.state.il.us
312-814-3000

Date 12-11-13

For the State of Indiana:

ABIGAIL LAWLIS KUZMA
Director and Chief Counsel
Consumer Protection Division
Indiana Office of the Attorney General
302 West Washington St., IGCS 5th Fl.
Abigail.Kuzma@atg.in.gov
Tel: 317-234-6843

Date: _12/17/13_

For the State of Iowa:

*Patrick Madigan*
Patrick Madigan
Assistant Attorney General
Iowa Attorney General's Office
1305 East Walnut Street
Des Moines, IA  50319
Patrick.Madigan@Iowa.gov
(515) 281-5926

Date 12/13/13

For the State of Kansas:

Meghan E. Stoppel
Assistant Attorney General
Office of the Kansas Attorney General
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas  66612
Meghan.Stoppel@ksag.org
(785) 296-3751

Date _12-10-2013_

**For the Commonwealth of Kentucky:**

Jack Conway
Attorney General of Kentucky
700 Capital Avenue, Suite 118
Frankfort, KY   40601
susan.britton@ag.ky.gov
502-696-5643

Date: _December 12, 2013_

For the State of Louisiana:

James D. "Buddy" Caldwell
Louisiana Attorney General
Post Office Box 94005
Baton Rouge, Louisiana  70804-9005
E-mail:  Caldwellb@ag.state.la.us
Phone Number:  225-326-6705

Date 12/12/13

For the State of Maine

LINDA J. CONTI
Assistant Attorney General
Office of the Attorney General
6 State House Station
Augusta, Maine 04333-0006
Linda.conti@maine.gov
(207) 626-8591

Date December 13, 2013                     For the State of Maryland:


_Lucy A. Cardwell_

Lucy A. Cardwell
Assistant Attorney General
Consumer Protection Division
Office of the Maryland Attorney General
200 St. Paul Place
Baltimore, MD 21202
lcardwell@oag.state.md.us
410-576-6337

Date ___ December 17, 2013 ___

For the Commonwealth of Massachusetts:

_____

Glenn S. Kaplan
Assistant Attorney General
One Ashburton Place, 18th Floor
Boston, MA 02108
Glenn.Kaplan@state.ma.us
617-963-2453
D.C. Bar No. 429052

Date  12-13-13

For the State of Michigan:

D.J. Pascoe
Assistant Attorney General
Corporate Oversight Division
P.O. Box 30755
Lansing, MI 48909
pascoed1@michigan.gov
(517) 373-1160

Date: December 13, 2013

For the State of Minnesota:

LORI SWANSON
Attorney General
State of Minnesota

NATHAN BRENNAMAN
Deputy Attorney General
445 Minnesota Street, Suite 1200
St. Paul, Minnesota 55101-2130
nate.brennaman@ag.state.mn.us
(651) 757-1415 (Voice)

Date:  December 12, 2013

For the State of Mississippi:

Bridgette W. Wiggins
Special Assistant Attorney General
Consumer Protection Division
Post Office Box 22947
Jackson, MS  39225
bwill@ago.state.ms.us
(601) 359-4279

Date 12/10/2013

For the State of Missouri:

Ryan S. Asbridge
Assistant Attorney General
P.O. Box 899, Jefferson City, MO 65102
ryan.asbridge@ago.mo.gov
573-751-7677

Date: December 12, 2013

For the State of Montana:

Chuck Munson
Assistant Attorney General
215 N. Sanders
P.O. Box 201401
Helena, MT 59620
cmunson@mt.gov
(406) 444-2026

Date *December 13, 2013*

For the State of Nebraska:

*Abigail M. Stempson*

Abigail M. Stempson
Assistant Attorney General
Chief, Consumer Protection Division
2115 State Capitol
Lincoln, NE 68509-8920
abigail.stempson@nebraska.gov
(402) 471-2683

Date 12/13/13

For the State of Nevada:

Kristine M. Kuzemka
Senior Deputy Attorney General
555 E. Washington Avenue, Suite 3900
kkuzemka@ag.nv.gov
(702) 486-3420

Date Dec. 12, 2013

For the State of New Hampshire:

Ann M. Rice
Deputy Attorney General
33 Capitol Street, Concord, NH 03301
Ann.Rice@doj.nh.gov
603-271-1238

Date: December 12, 2013

JOHN J. HOFFMAN
ACTING ATTORNEY GENERAL OF NEW JERSEY

By: _____

Lorraine K. Rak
Deputy Attorney General
Chief, Consumer Fraud Prosecution Section

124 Halsey Street – 5th Floor
P.O. Box 45029
Newark, New Jersey 07101
Lorraine.Rak@dol.lps.state.nj.us
(973) 877-1280

Date 12/13/13

For the State of New Mexico

Gary K. King
Attorney General
408 Galisteo Street
Santa Fe, NM 87501
Gking@nmag.gov
(505) 827-5843

December 10, 2013

For the State of New York

Jane M. Azia
Bureau Chief
Bureau of Consumer Frauds & Protection
Office of the New York State Attorney
General
120 Broadway
New York, NY 10271
Jane.azia@ag.ny.gov
(212) 416-8727

December 11, 2013

For the State of North Carolina:

_____

Phillip K. Woods
Special Deputy Attorney General
114 West Edenton Street
Raleigh, NC 27602-0629
Email: pwoods@ncdoj.gov
Telephone: (919) 716-6052

Date December 10, 2013

For the State of North Dakota

Parrell D. Grossman (NDBI #04684)
Assistant Attorney General
Director, Consumer Protection & Antitrust
Division
Office of Attorney General
Gateway Professional Center
1050 East Interstate Ave. Ste. 200
Bismarck, ND 58503-5574
pgrossman@nd.gov
(701)328-5570

Date: December 11, 2013

For the State of Ohio

MIKE DeWINE
The Attorney General of Ohio

MATTHEW J. LAMPKE (0067973)
Mortgage Foreclosure Counsel
30 East Broad Street, 15th Floor
Columbus, Ohio 43215
(614) 466-8569 - Telephone
(866) 403-3979 - Facsimile
Matthew.Lampke@OhioAttorneyGeneral.gov

Trial Counsel for Ohio

Date 12/12/2013

For the State of Oregon:

_____

Simon C. Whang,
Assistant Attorney General
Financial Fraud/Consumer Protection Sectn.
Oregon Department of Justice
1515 SW Fifth Ave Ste 410
Portland, OR 97201
simon.c.whang@doj.state.or.us
971-673-1880

Date 12.13.13

For the Commonwealth of Pennsylvania
KATHLEEN G. KANE, Attorney General:

John M. Abel
Senior Deputy Attorney General
Pennsylvania Office of Attorney General
Bureau of Consumer Protection
15th Floor, Strawberry Square
Harrisburg, PA 17120
jabel@attorneygeneral.gov
Tel: 717-783-1439
Fax: 717-705-3795

December 13, 2013

For the State of Rhode Island:

Edmund F. Murray, Jr.
Special Assistant Attorney General
Rhode Island Department of Attorney General
150 South Main Street
Providence, Rhode Island 02903
(401) 274-4400 ext. 2401
emurray@riag.ri.gov

Date _12/13/13_

For the State of South Carolina:

C. Havird Jones, Jr.
Assistant Deputy Attorney General
PO Box 11549
Columbia, SC, 29211
SJones@scag.gov
803-734-3654

Date: December 10, 2013

On Behalf of the State of South Dakota:

MARTY J. JACKLEY
ATTORNEY GENERAL

_____
Bethanna M. Feist
South Dakota Attorney General's Office
1302 E. Highway 14, Suite 1
Pierre, SD 57501-8501
Telephone: (605) 773-3215
Facsimile: (605) 773-4106
Email: Bethanna.Feist@state.sd.us

Date:  2/13/13

For the State of Tennessee:

Robert E. Cooper, Jr.
Attorney General and Reporter
Office of the Tennessee Attorney General
425 Fifth Avenue North
Nashville, Tennessee 37243-3400
bob.cooper@ag.tn.gov
(615) 741-3491
DC Bar No. 393721 (inactive)

Date    December 13, 2013

For the State of Texas:

James A. Daross
Regional Managing Attorney
Consumer Protection Division
Office of the Attorney General of Texas
401 E. Franklin Ave., Suite 530
El Paso, Texas 79901
james.daross@texasattorneygeneral.gov
915-834-5801 (Direct)
915-834-5800 (Main)
915-542-1546 (FAX)
Texas Bar No. 05391500

Date December 16, 2013

For the State of Utah and the Division of
Consumer Protection


Brian L. Tarbet
Utah Attorney General (Acting)
350 North State Street, Suite 230
Salt Lake City, Utah 84114
btarbet@utah.gov
(801) 538-1191

Date ___12/__/13___

For the State of Vermont:


_____
Elliot Burg
Assistant Attorney General
Vermont Attorney General's Office
109 State Street
Montpelier, VT 05609
eburg@atg.state.vt.us
(802) 828-2153

Date December 12, 2013

For the COMMONWEALTH of VIRGINIA,
*EX REL.* KENNETH T. CUCCINELLI, II,
ATTORNEY GENERAL:

DAVID B. IRVIN (VSB #23927)
Senior Assistant Attorney General
MARK S. KUBIAK (VSB #73119)
Assistant Attorney General
Office of Virginia Attorney General
900 East Main Street
Richmond, Virginia 23219
Telephone:    804-786-4047

Date _12/10/2013_

STATE OF WASHINGTON
ROBERT W. FERGUSON
ATTORNEY GENERAL

DAVID W. HUEY, WSBA # 31380
Senior Counsel
1250 Pacific Avenue, Suite 105
PO Box 2317
Tacoma, WA 98401-2317
DavidH3@atg.wa.gov
(253)593-5057

Date 12/13/2013

For the State of West Virginia

*PATRICK MORRISEY*

Patrick Morrisey, Attorney General
State Capitol Bldg. 1, Room 26-E
Charleston, WV 25305-0220
Patrick.J.Morrisey@wvago.gov
304-558-2021

Date 12-11-13

For the State of Wisconsin:

J.B. VAN HOLLEN
Attorney General

HOLLY C. POMRANING
Assistant Attorney General
Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
Email: pomraninghc@doj.state.wi.us
Tel:   608-266-5410

Date 12/10/13

For the State of Wyoming:

Peter K. Michael
Attorney General
123 Capitol Building
Cheyenne, WY 82002
Peter.michael@wyo.gov
(307) 777-7841

Dated:  December 11, 2013

Respectfully submitted,

IRVIN B. NATHAN
Attorney General for the District of Columbia

ELLEN A. EFROS
Deputy Attorney General
Public Interest Division

BENNETT RUSHKOFF (D.C. Bar #386925)
Chief, Public Advocacy Section

GARY M. TAN (D.C. Bar # 987796)
Assistant Attorney General
Office of the Attorney General
441 4th Street, N.W., Suite 600 South
Washington, DC 20001
Telephone:  (202) 727-6241
Email:  Gary.Tan@dc.gov

Attorneys for the District of Columbia

Date _12-16-13_

Ocwen Financial Corporation and Ocwen
Loan Servicing, LLC

By: _____

Timothy M. Hayes
Executive Vice President and General
Counsel
2002 Summit Blvd Fl 6
Atlanta, Ga 30319-1560