AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Consumer Financial Protection Bureau, et al. )<br>*Plaintiff* )<br>v. )<br>Ocwen Financial Corporation, et al. )<br>*Defendant* ) | Case No.   1:13-cv-02025 |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Ocwen Financial Corporation and Ocwen Loan Servicing, LLC

Date:   12/19/2013

*Robert Maddox*
*Attorney's signature*

Robert Maddox #497495
*Printed name and bar number*

Bradley Arant Boult Cummings LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203
*Address*

rmaddox@babc.com
*E-mail address*

(205) 521-8454
*Telephone number*

(205) 488-6454
*FAX number*