## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU, *et al.*,<br><br>        Plaintiffs,<br><br>        v.<br><br>OCWEN FINANCIAL CORPORATION, and OCWEN LOAN SERVICING, LLC,<br><br>        Defendants. | **No. 1:13-cv-02025**<br><br>*Electronically Filed* |

### PLAINTIFFS' NOTICE RE: PROPOSED CONSENT JUDGMENT

The Consumer Financial Protection Bureau and the Plaintiff States respectfully request the immediate entry of the proposed Consent Judgment filed in this matter on December 19, 2013, and referenced in the Telephone Conference held on February 19, 2014 before the Honorable Rosemary M. Collyer.

        Respectfully submitted,

        /s/ *Kirsten Ivey-Colson*
        KIRSTEN IVEY-COLSON
        Consumer Financial Protection Bureau
        1700 G Street NW
        Washington, DC 20552
        kirsten.ivey-colson@cfpb.gov
        202-435-7354
        DC Bar No. 470102
        Counsel for Plaintiff

## **CERTIFICATE OF SERVICE**

      The undersigned counsel certifies that a copy of the foregoing was served via U.S. Mail on February 25, 2014, upon the following:

ROBERT MADDOX
Bradley Arant Boult Cummings LLP
One Federal Place 1819 Fifth Avenue North
Birmingham, AL 35203
rmaddox@babc.com
205- 521-8000
DC Bar No. 497495
Counsel for Defendants

      /s/ *Kirsten Ivey-Colson*_____
      KIRSTEN IVEY-COLSON
      Counsel for Plaintiff